UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 07-14238-CIV-GRAHAM/LYNCH

SOLEIL PROPERTIES, INC.,

    Plaintiff,

v.

CITY OF FORT PIERCE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Abate Order Awarding Costs [D.E. 17].

On May 12, 2008, the Court adopted the Magistrate Judge's Report and Recommendation awarding Defendant costs in this action [D.E. 19]. In connection therewith, the Court construed Plaintiff's Motion to Abate Order Awarding Costs [D.E. 17] as an objection to the Magistrate Judge's Report and materially overruled Plaintiff's objections. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Abate Order Awarding Costs [D.E. 17] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Lynch
      Counsel of Record